## SANTOWSKY v. McKEY.

(Circuit Court of Appeals, Seventh Circuit.    January 25, 1918.)

### No. 2496.

JUDGMENT ⊜⇒564(2)—MATTERS CONCLUDED— TEMPORARY RESTRAINING ORDER.
    A temporary restraining order, made on application for a temporary
    injunction in any suit pending, is not a final determination, which ren-
    ders the issues involved res judicata.

Petition to Review and Revise an Order of the District Court of
the United States for the Eastern Division of the Northern District
of Illinois.

Petition by Louis Santowsky against Frank M. McKey, trustee in
bankruptcy, to revise a decree confirming an order of the referee,
denying petitioner's title to property.    Reversed.

Bernard J. Brown, of Chicago, Ill., for petitioner.

S. Sidney Stein and Julius Moses, both of Chicago, Ill., for re-
spondent.

Before BAKER, ALSCHULER, and EVANS, Circuit Judges.

EVAN A. EVANS, Circuit Judge.  If the order of July 5, 1916,
here under consideration, was determinative merely of bankrupt's
petition bearing date May 6, 1916, to dissolve a temporary injunction
entered May 5, 1916, we are convinced that the trustee's position is
untenable.  A temporary restraining order made on application for
a temporary injunction in any suit pending is not a final determination
of the issues involved.  Such an order is not res judicata of the issues
temporarily disposed of thereby.  Black on Judgments (2d Ed.) §
695.

Upon a careful consideration of all the orders made and proceedings
had in this bankruptcy matter, we are convinced that the District
Court, by its order of July 5, 1916, disposed of no matter other than
the bankrupt's petition of May 6, 1916, which sought dissolution of
the temporary injunction, and the order of July 6, 1916, is therefore
not res judicata as to the title to the property here in controversy.

The decree of the District Court, confirming the order of the referee
bearing date July 28, 1916, is reversed, with directions to proceed to
determine the title to the property in controversy.

⊜⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes